UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

Atlanta Division

In Re: Debtor(s)
**Donald Lee Giles**
4393 Riverview Lane
Lithonia, GA 30038

**xxx–xx–2928**

**Delois Walker Giles**
4393 Riverview Lane
Lithonia, GA 30038

**xxx–xx–1992**

Case No.: **05–82709–crm**
Chapter: **13**
Judge: **C. Ray Mullins**

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor or dismissal of the case, unless the Court orders otherwise; and

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

**IT IS SO ORDERED.**

_C. Ray Mullins_
_____

C. Ray Mullins
United States Bankruptcy Judge

Dated:   December 20, 2005

Form 133