ENTERED ON DOCKET
FEB 09 2009

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * |
| | * CHAPTER 13 |
| DONALD LEE GILES | * |
| DELOIS WALKER GILES | * |
| Debtor | * CASE NO. 05-82709CRM |
| | * |
| SELECT PORTFOLIO SERVICING, INC., | * |
| Movant | * |
| Vs. | * |
| DONALD LEE GILES | * |
| DELOIS WALKER GILES | * |
| NANCY J. WHALEY, TRUSTEE | * |
| Respondents. | * |

**ORDER TO REINSTATE THE STAY**

The within and foregoing matter having come before the court on January 27, 2009 and it appearing to the Court that the parties have resolved the issues which were the subject of the Order Granting Motion for Order Lifting Stay by Select Portfolio Servicing, Inc. and consented hereto that the Order Granting Motion for Order Lifting Stay is dismissed.

**WHEREFORE**, the Automatic Stay regarding the Debtor's first mortgage with Select Portfolio Servicing, Inc. is reinstated in view of the fact that Select Portfolio Servicing, Inc. is modifying Debtor's first mortgage and placing all arrearages at the end of the mortgage.

This the 6th day of February, 2009.

_____
Honorable C. Ray Mullins
U.S. Bankruptcy Court
Northern District of Georgia
Atlanta Division

Agreed to by:

s/Eric W. Roach
Eric W. Roach, Attorney for Trustee Nancy J. Whaley
GA Bar No. 143194

Submitted by:

s/James B. Drew, Jr.
James B. Drew, Jr.
Attorney for Debtors
3610 Chamblee Tucker Rd.
Atlanta, GA  30341
(770) 621-9494
GA Bar No. 230100

DISTRIBUTION LIST

Donald and DeLois Giles
4393 Riverview Drive
Lithonia, GA  30038

Nancy J. Whaley, Trustee
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA  30303

Bankruptcy Department
McCalla, Raymer LLC
1544 Old Alabama Road
Roswell, GA  30076-2102