## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| DONALD LEE GILES | * | CASE NO. 05-82709CRM |
| DELOIS WALKER GILES | * | |
| Debtors | * | CHAPTER 13 |

### WITHDRAWAL OF PROOF OF CLAIM OF BUDGET CAR RENTAL

Now come the Debtors by and through their attorney and withdraws the claim filed on behalf of Budget Car Rental which was originally filed on March 6, 2006.
.

This the 17th day of February, 2009.

s/James B. Drew, Jr.
James B. Drew, Jr.
Attorney for Debtor

3610 Chamblee Tucker Rd.
Atlanta, GA  30341
770-621-9494

CERTIFICATE OF SERVICE

This is to certify that I have this day served the following in the foregoing matter with a copy of this WITHDRAWAL OF PROOF OF CLAIM OF BUDGET CAR RENTAL by depositing same in the U.S. Mail in a properly addressed envelope with adequate postage thereon addressed to all listed below:

Budget Car Rental
c/o Ronald W. Parnell
1543 Highway 128 S. 318
Conyers, GA  30013

Nancy J. Whaley, Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA  30303

Donald and Delois Giles
4393 Riverview Lane
Lithonia, GA  30038

This the 17th day of February, 2009.

s/James B. Drew, Jr.
James B. Drew, Jr.
GA. Bar No:   230100

3610 Chamblee-Tucker Rd.
Atlanta, GA  30341
(770) 621-9494